NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1141

EARLINE MARIE BOUTTE MARKS

VERSUS

JOSEPH ALEX MARKS

************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 92570-A,
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and J. David Painter, Judges.

**AFFIRMED AS AMENDED.**

Anthony J. Fontana, Jr.
Attorney at Law
210 North Washington
Abbeville, LA 70510
(337) 898-8332
COUNSEL FOR PLAINTIFF/APPELLEE:
    Earline Marie Boutte Marks

Allan L. Durand
Attorney at Law
235 Rue France
Lafayette, LA 70508
(337) 237-8501
COUNSEL FOR DEFENDANT/APPELLANT:
    Joseph Alex Marks